UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-14053-CR-MARRA (MARTINEZ) /MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

CARL LAWRENCE COBB,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO SUPPRESS

**THIS CAUSE** came before the Court upon Defendant's Motion to Suppress [ECF No. 19], filed on September 5, 2017.

**THE MATTER** was referred to United States Magistrate Judge Shaniek M. Maynard, and accordingly, the Magistrate Judge reviewed the motion, the government's response, and the transcript. A Report and Recommendation [ECF No. 22] was filed on September 21, 2017, recommending that Defendant's Motion to Suppress Illegally Obtained Evidence [ECF No. 19] be **Granted.**

The parties were afforded the opportunity to file written objections if any, five (5) calendar days from the date of the report. The record reveals that no objections were filed. After a *de novo* review of the Record and Magistrate Maynard's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Shaniek M. Maynard's Report and Recommendation [ECF No. 22] is hereby **ADOPTED AND AFFIRMED** in its entirety.

Defendant's Motion to Suppress Illegally Obtained Evidence [ECF No. 19] is **GRANTED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27 day of September, 2017.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Hon. Judge Marra
Hon. Magistrate Judge Maynard
All Counsel Of Record