UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-14053-CR-MARRA/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARL LAWRENCE COBB,

    Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the court upon the Report and Recommendation on Change of Plea issued by United States Magistrate Judge Shaniek M. Maynard on October 5, 2017 [DE 34].

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is **ADOPTED AND AFFIRMED**. The Defendant is hereby adjudicated guilty.

**DONE and ORDERED** in West Palm Beach, this 14th day of December, 2017.

                                      **KENNETH A. MARRA**
                                      **UNITED STATES DISTRICT JUDGE**

cc:    All counsel